Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

FILED
2008 MAY -2 AM 10:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KMH DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

Plaintiff, in pro se.

-vs-

Sarita Rivers, Apt. Manager.
2975 Euclid Ave. #5
San Diego, CA. 92105

Defendant(s) et., al.

'08 CV 0804 DMS POR

Case No: ________________

Judge: ________________

CIVIL COMPLAINT OF INTENTIONAL DISCRIMINATION AND HARASSMENT UNDER 42 U.S.C. §1983, 18 U.S.C. §245, 42 U.S.C. §3610, AND 42 U.S.C. §2000.

Plaintiff alleges: That this cause of action occurred on April 25, 2008, when Law Enforcement Officers were summoned under false information given by Defendant(s) as a continued Discrimination and Harassment vendetta.

(1). The Defendant Sarita Rivers, assumed the position of Apartment Manager on 02/11/08, and Plaintiff alleges that this position was arranged and devised.

(2). That on 02/20/08, without a lawful reason the Defendant(s) served Plaintiff a " pre-eviction notice ". That on 03/04/08, without a lawful reason the Defendant(s) it's a family of"em)) did serve Plaintiff a full eviction notice.

(3). That Defendant(s) continue to personally harass Plaintiff by openly and publicly demonstrate said tenant discrimination by violating " her " own "parking notice" and when Plaintiff did vehemently complained about said discrimination, Defendant(s) called the San Diego Police Department who arrived and immediately hand cuffed Plaintiff upon information given to them by Defendant(s), but upon their investigation the hand cuffs were taken off Plaintiff and Defendant(s) were warned not to make further false claim and Plaintiff was informed that this situation was of a civil nature and that the San Diego Police Department could not stop Defendant(s) from continued harassment and discrimination against Plaintiff.

(4). That because Defendant(s) are personally aware of the Civil Suit against "Her" employer by Plaintiff, but continue to harass and discriminate even to the point of falsly involving Law Inforcement Officers, that the Defendant(s) have taken on a personal need to destroy the Plaintiff, in that, continued emotional distress in violation of 42 U.S.C. §3602 (h) (1)(2) and (3) and (i)(2): Which also favors 42 U.S.C. §3613.

Plaintiff cites 42 U.S.C. §2000 et seq., Civil Rights Act of 1964, for harassment, and 42 U.S.C. §1983, and 18 U.S.C. § 245, in support of discrimination allegations.

RELIEF REQUESTED

Plaintiff PRAYS this Honorable Court :

(1). Award Plaintiff his costs and reasonable Attorney fees incurred in this action.

(2). Grant Punitive Damages in light of an "concerted action" alleged herein.

(3). Grant such other relief as the Court may deem just and proper.

Dated: 05/01/08

Respectfully sumitted,

Karaf Hasani Efia Battle-El
Plaintiff, in pro se

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

2008 MAY -2 PM

**I. (a) PLAINTIFFS**

CARL N E BATTLE EL pro se

**(b)** County of Residence of First Listed Plaintiff

(EXCEPT IN U.S. PLAINTIFF CASES)

SAN DIEGO COUNTY

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS**

DAN RIVERS

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)

SOUTHERN DISTRICT OF CALIFORNIA

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) SAN DIEGO COUNTY

DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☒ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

DISCRIMINATION

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify) 1983
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 42 USC 1983 1985 3610

Brief description of cause: DISCRIMINATION of HARASSMENT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE