

1  Karal Hasani Efia Battle-El
2  2985 Euclid Ave. #22
   San Diego, CA. 92105
3  (619) 993-7811

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA. 92105<br><br>Plaintiff, in pro se.<br><br>-vs-<br><br>Sarita Rivers, Apt. Manager.<br>2975 Euclid Ave. #5<br>San Diego, CA. 92105<br><br>Defendant(s) et., al. | Case No: '08 CV 0804 DMS POR<br><br>Judge:<br><br>MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS UNDER 28 U.S.C. §1915(c). |

I, KARAL HASANI EFIA BATTLE-EL, declare that I am the Plaintiff in this action, and in support of my request to proceed without prepayment of fees or security under 28 U.S.C. §1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I am entitled to redress. That Defendant(s) are sued in their individual and official capacity, while acting under color of Hoban.

IN FURTHER SUPPORT OF THIS APPLICATION, I STATE THE FOLLOWING UNDER PENALTY OF RERJURY:

1. That I have been unemployed since 01/24/07.

2. Merit Transportation is name of last employer and gross wages for 2006, was 35,234.00.

3. In the past twelve monthis I've received no monies other than unemployment insurance which was about $1,096.00, per month and stopped as of 08/07.

4. I do not have any checking accounts.

5. I do not ahve any saving/IRA/money/market/CDS separate from checking accounts.

6. I own a 1993 chevy station wagon, worth about $1,600.00.

7. I do not own any real estate, stocks, bonds, securities, or any other valuable property.

8. Persons who are dependent on me for support are a three year old son and a year and a half old daughter.

9. Other debts and current obligation are:
   a. Son's child support amount of $419.00 per month.
   b. I.R.S. down to 1,200.00.
   c. rent for apartment is $825.00, per month.
   d. insurance for station wagon is now about $800.00, per year.

10. I do not have any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds stocks, savings certificates, notes, artwork, or any other assets,) ( including any items of value held in someone eles's name). I was a homeless veteran seven years ago.

1  11. My daughter's Mother Ms. Michelle Yvette Williams is
2  still helping hold down the fort while I continue to seek
3  redress in the Courts.
4  12. On 01/08/08, Plaintiff received written declaration of
5  reverification of disability, from the La Jolla, V.A. Medical
6  Center, stating Plaintiff is unable and cannot work.

8      I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE
9  INFORMATION IS TRUE AND CORRECT AND UNDERSTAND THAT A FALSE
10 STATEMENT HEREIN MAY RESULT IN THE DISMISSAL OF MY CLAIMS.

13 Respectfully submitted,

15 Plaintiff in pro se
   Karal Hasani Efia Battle-El
16 2985 Euclid Ave. #22
   San Diego, CA 92105        dated: 05/01/08