# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTLE-EL,<br><br>　　　　　Plaintiff,<br>　vs.<br>SARITA RIVERS,<br><br>　　　　　Defendant. | CASE NO. 08-CV-0804-H (CAB)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

　　　Plaintiff, proceeding pro se, filed a complaint on May 2, 2008, along with a motion to proceed in forma pauperis ("IFP"). (Doc. Nos. 1-2.) On July 21, 2008, the Court transferred this case from Judge Sabraw to Judge Huff based on the local "Low Number" rule, Local Civil Rule 40.1, and related case 08-CV-0364. (Doc. No. 3.)

　　　The Court has reviewed Plaintiff's request and concludes that he has affirmatively demonstrated inability to pay the filing fee. The Court notes that it also granted the motion to proceed IFP in related case 08-CV-0364.

　　　Since Plaintiff is proceeding IFP, the Court authorizes service by the Marshals Service. The Clerk shall mail Plaintiff the materials for IFP service of process, including the summons, complaint, and U.S. Marshal Form 285s. Plaintiff shall complete a U.S. Marshal Form 285 for each named defendant in his complaint and forward them to the U.S. Marshals Service along with any other required materials. Plaintiff should promptly forward the necessary materials to the U.S. Marshals Service

to ensure timely service. Under Federal Rule of Civil Procedure 4(m), the Court may dismiss a case if service is not completed within 120 days of filing the complaint, unless there is good cause for the delay.

IT IS SO ORDERED.

Dated: July 25, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.