AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Karal Hasani Efia Battle-El

vs

Sarita Rivers

**SUMMONS IN A CIVIL ACTION**
Case No.   08-CV-0804-H-CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Karal Hasani Efia Battle-El (Pro Se)
2985 Euclid Avenue #22
San Diego, CA 92105

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court
*Adrianna Garcia* (SEAL)
By, Deputy Clerk

July 25, 2008
DATE

AO 440 (Rev 5/85) Summons in a Civil Action