**NUNC PRO TUNC**
**JUL 3 1 2008**

Jean M. Heinz, CSB# 125114
**HEINZ & FEINBERG**
ATTORNEYS AT LAW
707 BROADWAY, SUITE 1800
SAN DIEGO, CALIFORNIA 92101-5311
(619) 238-5454

FILED
2008 AUG -6 AM 9: 24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

Attorneys for Defendants Thomas Hoban and Hoban Management, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTLE-EL, an individual<br><br>Plaintiff,<br><br>v.<br><br>SARITA RIVERS,<br><br>Defendant. | CASE NO.:08-CV-00804-H-CAB<br>CONSOLIDATED WITH CASE NO. 08-CV-0364<br><br>STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action either individually or by and through their counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)

Dated: July 29, 2008

_____
Karal Hasani Efia Battle-El, Plaintiff

Dated: July 29, 2008

_____
Sarita Rivers, Defendant

HEINZ & FEINBERG

_____
Jean M. Heinz, Attorneys for Defendants

IT IS SO ORDERED.
DATED 8-4-08

_____
UNITED STATES DISTRICT JUDGE

1

# PROOF OF SERVICE

**Karal Hasani Efia Battle El v. Thomas Hoban, et al**
**Case No.: 08-CV-00804-H-CAB CONSOLIDATED WITH CASE NO. 08-cv-0364**

The undersigned declares:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, not a party to this action, and am employed in the County of San Diego, California, in which County the within mentioned mailing occurred. My business address is 707 Broadway, Suite 1800, San Diego, California. I served on **July 30, 2008** the following document(s):

**Stipulation for Dismissal**

by serving on the addressees listed below as follows:

Karal Hasani Efia Battle El
2985 Euclid Avenue, #22
San Diego, CA 92105
(619) 993-7811

**(BY MAIL IN THE ORDINARY COURSE OF BUSINESS)**

__X__    I am "readily familiar" with this firm's practice of collection and processing of correspondence for mailing. That the mail would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that upon motion of the party served service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the Declaration.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 30, 2008**, at San Diego, California.

_Marlena Vaughn_
Marlena Vaughn

-1-